Michael R. Lozeau (State Bar No. 142893)
Douglas Jonathan Chermak (State Bar No. 233382)
E-mail: michael@lozeaudrury.com
E-mail: doug@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison Street, Suite 150
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205

Shana Lazerow (State Bar No. 195491)
E-mail: slazerow@cbecal.org
COMMUNITIES FOR A BETTER ENVIRONMENT
120 Broadway, Suite 2
Richmond, CA 94804
Tel: (510) 302-0430 x 18
Fax: (510) 302-0438
Attorneys for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES DEPARTMENT OF WATER AND POWER, a municipal utility,<br><br>Defendant. | Case No. 2:19-cv-08813-MCS-JPR<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND RETENTION OF JURISDICTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT**<br><br>**FRCP 41(a)(2)**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387) |

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

1713498v1

Plaintiff Communities for a Better Environment ("CBE") and Defendant Los Angeles Department of Water and Power ("LADWP"), by and through their attorneys of record, hereby enter into this Stipulation to Dismiss CBE's Complaint and all claims against LADWP with prejudice.

WHEREAS, CBE and LADWP (the "Parties") have entered into a settlement agreement that achieves a full and final settlement agreement of all of CBE's claims against LADWP as set forth in the CBE's April 15, 2019 Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act Section 505, 33 U.S.C. § 1365, and CBE's Complaint filed in this matter on October 14, 2019. (Dkt. No. 1.)

WHEREAS, on February 4, 2021, the Parties filed a Notice of Settlement (Dkt. No. 27), notifying the Court that the Parties had reached a full settlement to resolve all outstanding issues in this action ("Settlement Agreement"). A fully executed copy of the Settlement Agreement is attached hereto as **Exhibit 1** and is incorporated by reference herein. On February 5, 2021, CBE served copies of the Settlement Agreement on the U.S. Environmental Protection Agency and the U.S. Department of Justice (the "Federal Agencies") via certified mail, return receipt requested, for a 45-day review period consistent with 40 C.F.R. Section 135.5.

WHEREAS, on March 31, 2021, the Federal Agencies notified the Parties they had no objection to the Settlement Agreement. A true and correct copy of the Federal Agencies' communication is attached hereto as Exhibit 2.

WHEREAS, Paragraph 4 of the Parties' Settlement Agreement specifies that provided no objection by the Federal Agencies, the Parties will stipulate and request an order from this Court (1) dismissing with prejudice CBE's claims as to LADWP, as set forth in the Notice and Complaint, pursuant to Federal Rule of Civil Procedure 41(a)(2), and (2) retaining jurisdiction over the Settlement Agreement for purposes of dispute resolution and enforcement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and

between the Parties that (1) CBE's Complaint and all claims against LADWP shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2); (2) the Parties respectfully request an order from this Court dismissing such claims with prejudice, with each side to bear their own attorney fees and costs, except as provided for by the terms of the attached Settlement Agreement; and (3) the Parties further request that this Court retain jurisdiction over the Parties with respect to disputes arising under the terms of the attached Settlement Agreement pursuant to Paragraph 27 of the Settlement Agreement.

DATED: April 1, 2021          LOZEAU DRURY LLP

                             /s/ Douglas J. Chermak
                             DOUGLAS J. CHERMAK
                             Attorneys for Plaintiff
                             COMMUNITIES FOR A BETTER ENVIRONMENT

DATED: April 1, 2021          DOWNEY BRAND LLP

                             /s/ Nicole E. Granquist (auth. 04/1/2021)
                             NICOLE E. GRANQUIST
                             Attorneys for Defendant
                             LOS ANGELES DEPARTMENT OF WATER AND POWER