JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES DEPARTMENT OF WATER AND POWER, a municipal utility,<br><br>Defendant. | Case No. 2:19-cv-08813-MCS-JPR<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE AND RETAINING JURISDICTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT** |

Good cause appearing, and the Parties having stipulated and agreed, IT IS HEREBY ORDERED as follows:

The Complaint filed in this matter by Plaintiff Communities for a Better Environment and all claims against Defendant Los Angeles Department of Water and Power set forth therein are hereby dismissed in their entirety, with prejudice. Each party is to bear their own attorney fees and costs, except as provided for in the Settlement Agreement, which is incorporated by reference. ECF No. 29-1.

The Court shall retain jurisdiction over the Parties with respect to resolving disputes arising under the Settlement Agreement through November 1, 2022, or

through the conclusion of any proceeding to enforce the Settlement Agreement, consistent with Paragraph 27 of the Settlement Agreement.

    IT IS SO ORDERED.

DATED: April 8, 2021

                              MARK C. SCARSI
                              UNITED STATES DISTRICT JUDGE